IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**Leslie P. Holdsworth,**

    Debtor.    CASE NO.   13-00745-MGW
                                         CHAPTER    11

_____/

LENDER'S MOTION TO VACATE
MORGTGAGE MODIFICATION MEDIATION ORDER [ECF NO. 85]

      SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. ("Movant"), its successors and/or assigns, by and through the undersigned attorney, moves to vacate the Mortgage Modification Mediation Order [ECF No. 85] ("Order") and in support states:

      1.    On, January 23, 2013, Leslie P. Holdsworth ("Debtor") filed for relief under Chapter 11 of the Bankruptcy Code.

      2.    On April 30, 2013, Debtor filed a Motion for Referral to Mortgage Modification Mediation with SunTrust Bank [ECF No. 77].   The Order was entered on May 13, 2013.

      3.    On July 15, 2013, mediation was held between Suntrust Mortgage Inc. and Debtor which resulted in an agreement to continue the mediation for reason that further documents were required to complete review.

      4.    On August 14, 2013, Movant's counsel requested a status update as to the documents.  On August 26, 2013, Debtor advised that expected to have the complete documents within sixty (60) days.

      5.    On October 1, 2013, the loan service transferred to Movant from Suntrust Mortgage Inc.  On September 30, 2013, Movant's counsel notified Debtor's counsel that the loan was service transferring to Movant effective October 1, 2013.  On October 30, 2013, Movant provided the loan modification documents that Movant would need for a complete review and asked that Debtor's counsel coordinate new dates with the mediator.

B13001284

6. Movant followed up with Debtor's counsel on November 8, 2013, November 21, 2013, and again on December 9, 2013. Debtor responded on December 9, 2013 advising that Debtor did wish to mediate, but that Debtor was still waiting on the completion of the required documents, and would move forward with mediation once they were completed.

7. On January 17, 2014 and January 27, 2014, Movant followed up again with Debtor, and was advised once again by Debtor do not have the documents.

8. As of the filing of this Motion, Movant has not received the required documents to complete the loan modification review.

9. Approximately one year has passed since the date the Order was entered. Movant requests no further delay and that the Order is vacated and mediation denied.

**WHEREFORE,** Movant prays that this Court vacate the Mortgage Modification Mediation Order.

Dated: May 1, 2014

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR SETERUS, INC. AS THE
AUTHORIZED SUBSERVICER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), CREDITOR C/O SETERUS,
INC..

CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Motion to Vacate the Mortgage Modification Mediation Order has been furnished by either Electronic Mail or by regular U. S. Mail to all parties listed below on May 1, 2014.

Leslie P. Holdsworth
930 Allegro Lane
Apollo Beach, FL   33572

Bernard J Morse, Esq.
Email: bmorse@morselawyers.com

Denise E Barnett, Esq.
Email: denise.barnett@usdoj.gov

                        Ronald R Wolfe & Associates, P.L.
                        Post Office Box 25018
                        Tampa, FL 33622-5018
                        (813) 251-4766 Ext: 3039
                        Fax: 813-251-1541
                        Email: bkatt@wolfelawfl.com

                        By: /s/ REKA BEANE
                        Reka Beane
                        Florida Bar No. 0052919
                        ATTORNEY FOR SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC..