# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

Leslie P. Holdsworth

        Debtor(s).

CASE NO. 13-00745-MGW
CHAPTER 11

_____/

## ORDER VACATING MORTGAGE MODIFICATION MEDIATION ORDER

This case is before the Court upon the Lender's Motion to Vacate Mortgage Modification Mediation Order [ECF NO. 144] filed by SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. ("Movant") on May 1, 2014. The Court, having considered said Motion, is of the opinion that it is appropriate to enter an Order on such Motion to Vacate Mortgage Modification Mediation Order. Accordingly, it is

**ORDERED:**

1. The Motion to Set Aside the Order Directing Mortgage Modification Mediation is granted.

2. Order Directing Mortgage Modification Mediation is vacated. /(Doc. No. 85)

3. Movant is relieved from proceeding with mediation with Debtor as defined by the Order Directing Mortgage Modification Mediation.

**DATED:** _____May 20, 2014_____.

_____
MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Attorney Reka Beane is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.