**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

IN RE:                                                             Chapter 11

LESLIE P. HOLDSWORTH,                          Case No.: 8:13-bk-00745-MGW

Debtor.
_____/

## MOTION FOR "CRAM-DOWN"

**COMES NOW**, LESLIE P. HOLDSWORTH, (the "Debtor"), by and through her undersigned counsel, and hereby files this her *Motion for "Cram-Down"* pursuant to §1129(b) of the Bankruptcy Code and support thereof states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on or about January 23, 2013, (the "Petition Date"), and continues to serve as Debtor-In-Possession in the above-styled case.

2. The Debtor has met all of the legal requirements of the Corrected Plan of Reorganization (the "Plan") [Docket #178] and the Plan does not discriminate unfairly and is fair and equitable.

3. The Debtor files this Motion, pursuant to the provisions of §1129(b) of the Bankruptcy Code, to seek confirmation of its Plan, despite the fact that some of its creditors failed to vote either accepting or rejecting the Plan.

4. The following secured creditors failed to vote accepting the Plan, notwithstanding the fact that these secured creditor(s) shall receive the indubitable equivalent of their claim(s) and the proposed treatment is fair and equitable:

| Class | Creditor | Vote |
|---|---|---|
| I | Internal Revenue Service | None |
| II | Seterus, Inc. | None |
| III | SunTrust Bank | None |
| IV | SunTrust Bank | None |

| V | Everbank | None |
|---|----------|------|

**WHEREFORE**, LESLIE P. HOLDSWORTH, the Debtor, respectfully requests that this Honorable Court enter an Order confirming the Corrected Plan of Reorganization pursuant to the provisions of §1129(b) of the Bankruptcy Code, notwithstanding the fact that the Debtor has failed to receive the requisite vote in all classes necessary; and for such other and further relief as this Court shall deem appropriate.

**I HEREBY CERTIFY** that on this 13 day of January, 2015, a true and correct copy of the foregoing *Motion for "Cram-Down"* has been furnished by ■ CM/ECF Electronic Mail to:

Denise E Barnett *Attorney for the Office of the United States Trustee - TPA* denise.barnett@usdoj.gov

Reka Beane *Attorney for Seterus, Inc. & Suntrust Mortgage, Inc.*, midbkmail@wolfelawfl.com

Kevin Alan Comer, *Attorney for EverBank*, bkfiling@consuegralaw.com

Buddy D. Ford *Attorney for Debtor*, Buddy@tampaesq.com, All@tampaesq.com;

W Gregory Golson *Attorney for Sally Garcia, Personal Representative of the Estate of Samuel Garcia, III*, wgg@golsonlegal.com

Frank Jose Gomez *Attorney for Suntrust Mortgage, Inc.*, fgomez@ffapllc.com, gdeangelo@ffapllc.com; tmorra@ffapllc.com; mreis@ffapllc.com; mchong@ffapllc.com

Christine L Herendeen, *Mediator*, clh@herendeenlaw.com

E Blake Melhuish, *Attorney for David W. Holdsworth, John W. Holdsworth, & Leslie P. Holdsworth*, melhuishpa@aol.com

Bernard J Morse *Attorney for Leslie P. Holdsworth*, bmorse@morselawyers.com, bmorse@morselawyers.com; mjoyner@morselawyers.com

Traci K. Stevenson *on behalf of Mediator Traci K Stevenson*, tracikstevenson@gmail.com, tks@trustesolutions.net; colleenmfl@tampabay.rr.com; alishahall@tampabay.rr.com

Cynthia M Talton *Attorney for Suntrust Mortgage, Inc.*, midbkmail@wolfelawfl.com

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

Dessa Willson *Attorney for EverBank*, bkfiling@consuegralaw.com

Mariam Zaki *Attorney for EverBank*, Mzaki@erwlaw.com, BankruptcyECF@erwlaw.com

and, by ■ U.S. Mail to:

    Leslie P. Holdsworth, 930 Allegro Lane, Apollo Beach, FL 33572; and

    Twenty (20) Largest Unsecured Creditors.

                                  Respectfully submitted,

                                  BUDDY D. FORD, P.A.,

                                  /s/ Buddy D. Ford

                                  Buddy D. Ford, Esquire (FBN: 0654711)
                                  Email: *Buddy@tampaesq.com*
                                  Jonathan A. Semach, Esquire (FBN: 0060071)
                                  Email: *Jonathan@tampaesq.com*
                                  J. Ryan Yant, Esquire (FBN: 104849)
                                  Email: *Ryan@tampaesq.com*
                                  115 North MacDill Avenue
                                  Tampa, Florida 33609-1521
                                  Telephone #: (813) 877-4669
                                  Facsimile #: (813) 877-5543
                                  Office Email: *All@tampaesq.com*
                                  Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-00745-MGW<br>Middle District of Florida<br>Tampa<br>Tue Jan 13 09:27:42 EST 2015 | Blake Melhish<br>522 12th St. W.<br>Bradenton, FL 34205-7411 | CACH LLC<br>4340 S. Monaco St.<br>Unit 2<br>Denver, CO 80237-3408 |
| Discover Card<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Estate of Samuel Garcia<br>c/o Ronlando Santiago Esq.<br>240 Apollo Beach Blvd.<br>Apollo Beach, FL 33572-2262 | EverBank<br>Attn: Christopher Salamone Esq.<br>350 Jim Moran Blvd., Suite 100<br>Deerfield Beach, FL 33442-1721 |
| Everbank<br>c/o Daniel C. Consuegra, Esq.<br>9204 King Palm Dr.<br>Tampa, FL 33619-1328 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Midland Credit Managment Inc<br>8875 Aero Dr.<br>Ste. 200<br>San Diego, CA 92123-2255 | Sally Garcia, Personal Representative<br>of the Estate of Samuel Garcia<br>C/O W Gregory Golson, Esq.<br>1724 E 5th Ave<br>Tampa, FL 33605-5116 | Seterus, Inc.<br>Ronald R Wolfe & Associates, P.L.<br>P.O. Box 25018<br>Tampa, Florida 33622-5018 |
| Suntrust Bank, NA<br>C/O Nicole Mariani Noel<br>PO Box 800<br>Tampa, FL 33601-0800 | Suntrust Mortgage, Inc<br>C/O Frank J Gomez, Esq.<br>4855 Technology Way, Ste 500<br>Boca Raton, FL 33431-3352 | Suntrust Mortgage, Inc<br>C/O Rubina K Shaldjian, Esq.<br>PO Box 25018<br>Tampa, FL 33622-5018 |
| Suntrust Mortgage, Inc.<br>c/o Frank J. Gomez, Esquire<br>Florida Foreclosure Attorneys, PLLC<br>4855 Technology Way, Suite 500<br>Boca Raton, FL 33431-3352 | TD Bank<br>32 Chestnut St.<br>Lewiston, ME 04240-7799 | Toyota Motor Credit Company<br>19001 S. Western Ave.<br>Torrance, CA 90501-1196 |
| USAA/Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 | |