IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**Leslie P. Holdsworth**

    Debtor.                                         CASE NO.   8:13-bk-00745-MGW
                                                                     CHAPTER     11

_____/

## CLAIMANT'S OBJECTION TO MOTION FOR "CRAM-DOWN" (D.E. 201)

(*Class 2: 930 Allegro Lane, Apollo Beach, FL. 33572*)

SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.., ("Claimant"), by and through its undersigned counsel, files this Objection to Debtor's Motion for "Cram-Down" (D.E. 201) and states as follows:

1. On January 23, 2013, Debtor filed for relief under Chapter 11 of the Bankruptcy Code.

2. Claimant holds a secured first lien on the real property located at 930 Allegro Lane, Apollo Beach, FL 33572, by virtue of a mortgage which is recorded at Book 18092, Page 254, in the Public Records of Hillsborough County, Florida.

3. Claimant filed Proof of Claim 12-1 ("Claim"), which evidences a total claim amount of $581,773.80 and post-petition payments of $4,021.83 (due for principal, interest, taxes, hazard insurance, and flood insurance).

4. On August 19, 2014, Debtor filed a Corrected Plan of Reorganization (D.E. 178). The Plan classifies Claimant's secured claim as Class 2. Class 2 is impaired. The Plan indicates the intention to participate in Mortgage Modification Mediation ("MMM"). There is currently no pending motion for mediation, and as of this time, there has been no loan modification and the Debtor is bound to the original terms of the Mortgage.

5. On September 10, 2014, Claimant filed an Objection to Confirmation (D.E. 180) due to the following reasons: 1.) the plan improperly treats its Claim as impaired even though the

Plan specifies that Secured Creditor will retain its lien to the same extent, validity and priority as existed pre-petition; 2.) the plan incorrectly identifies the holder of the Claim is Suntrust Bank; 3.) the required participation in MMM as there are no adequate protection payments or no going payments being provided for; and 4.) the plan does not reflect the repayment of an arrearage, when in fact, the arrearage is $194,573.68, pursuant to the Claim.

6. On January 13, 2015, Debtor filed a Motion for "Cram-Down" (D.E. 201; "Debtor's Motion"). Debtor's Motion seeks confirmation of its Plan, despite the fact that plan is not fair or equitable.

7. Claimant reserves the right to supplement this Objection as necessary.

WHEREFORE, SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.. respectfully requests that this Honorable Court deny the Debtor's Motion to Cramdown and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ TERESA HAIR
Teresa Hair
Florida Bar No. 44079
ATTORNEY FOR SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC..

B13001284

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Response to Motion for Cramdown have been furnished by regular U.S. Mail to all parties listed on the attached mailing matrix this 14 day of January, 2015.

Leslie P. Holdsworth
930 Allegro Lane
Apollo Beach, FL   33572

Local Rule 1007-2 Parties in Interest

I HEREBY CERTIFY that copies of the foregoing Response to Motion for Cramdown have been furnished by Electronic Mail to all parties listed on the attached mailing matrix this 13 day of January, 2015.

Buddy D. Ford
Buddy@tampaesq.com
115 N. MacDill Avenue
Tampa, FL   33609-1521

Denise E. Barnett
501 East Polk Street
Suite 1200
Tampa, FL 33602

                                        Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ TERESA HAIR
Teresa Hair
Florida Bar No. 44079
ATTORNEY FOR SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC..

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-00745-MGW<br>Middle District of Florida<br>Tampa<br>Tue Jan 13 19:38:02 EST 2015 | Everbank<br>Elizabeth R. Wellborn, P.A.<br>350 Jim Moran Blvd<br>Suite 100<br>Deerfield Beach, FL 33442-1721 | Leslie P. Holdsworth<br>930 Allegro Lane<br>Apollo Beach, FL 33572-2770 |
| Traci K Stevenson<br>P.O. Box 86690<br>Madeira Beach, FL 33738-6690 | SunTrust Bank, N.A.<br>Kass Shuler, PA<br>c/o Nicole Mariani Noel<br>PO Box 800<br>Tampa, FL 33601-0800 | B. Gray Gibbs, P.A.<br>100 2nd Ave. S.<br>Ste. 1202<br>St. Petersburg, FL 33701-4384 |
| Bank of America<br>PO Box 1598<br>Norfolk, VA 23501-1598 | Bay Area Hospitalist<br>c/o Gulf Coast Collection<br>5630 Marquesas Cir.<br>Sarasota, FL 34233-3331 | Blake Melhish<br>522 12th St. W.<br>Bradenton, FL 34205-7411 |
| Brandon Regional Hospita<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Brandon Regional Hospital<br>PO Box 9800<br>Palm Harbor, FL 34682-9800 | CACH LLC<br>4340 S. Monaco St.<br>Unit 2<br>Denver, CO 80237-3408 |
| Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Discover Card<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| E. Blake Melhuish PA<br>522 12th St. W.<br>Bradenton, FL 34205-7411 | Estate of Samuel Garcia<br>c/o Ronlando Santiago Esq.<br>240 Apollo Beach Blvd.<br>Apollo Beach, FL 33572-2262 | EverBank<br>Attention: Default Outsourcing,/CC325<br>301 West Bay Street<br>Jacksonville, FL 32202-5184 |
| EverBank<br>Attn: Christopher Salamone Esq.<br>350 Jim Moran Blvd., Suite 100<br>Deerfield Beach, FL 33442-1721 | Everbank<br>Law Offices of Daniel C. Consuegra, PL<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Everbank<br>c/o Daniel C. Consuegra, Esq.<br>9204 King Palm Dr.<br>Tampa, FL 33619-1328 |
| Everbank<br>c/o James M. Roley, Esq.<br>1301 Riverplace Blvd.<br>Ste. 1500<br>Jacksonville, FL 32207-1811 | Everbank as assignee from<br>Bank of Florida<br>c/o Robert M. Clements, Esq.<br>501 Riverside Ave.<br>Jacksonville, FL 32202-4940 | Everbank, A Federal Savings Bank<br>2775 Sunny Isles Blvd.,Suite 100<br>Miami, Fl 33160-4078 |
| Federal National Mortgage Association<br>c/o Seterus, Inc.<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>PO Box 2206<br>Grand Rapids, MI 49501-2206 | George V. Famiglio Jr CPA<br>1634 Main St.<br>Sarasota, FL 34236-5811 |
| Greater FL Anesthesiologists<br>c/o Frost-Arnett<br>PO Box 1022<br>Wixom, MI  48393-1022 | Holdsworth Properties, LLC<br>930 Allegro Lane<br>Apollo Beach, FL 33572-2770 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | John Holdsworth<br>930 Allegro Lane<br>Apollo Beach, FL 33572-2770 | Key Bank<br>PO Box 94722<br>Cleveland, OH 44101-4722 |
| Key Bank<br>PO Box 94968<br>Cleveland, OH 44101-4968 | Midland Credit Managment Inc<br>8875 Aero Dr.<br>Ste. 200<br>San Diego, CA 92123-2255 | NCO Financial Systems<br>9009 Corporate Lakes Dr.<br>Suite 300-BD<br>Tampa, FL 33634-2367 |
| Oakfield Drive Emergency<br>Physician<br>PO Box 37803<br>Philadelphia, PA 19101-0103 | Plantation Billing Center<br>PO box 189016<br>Ft. lauderdale, FL 33318-9016 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Radiology Assoc.<br>PO Box 31265<br>Tampa, FL 33631-3265 | Radiology Associates<br>c/o Business Revenue Systems<br>PO Box 1307<br>Des Moines, IA 50305 | Ruffolo Hooper & Associates<br>5755 Hoover Blvd.<br>Tampa, FL 33634-5340 |
| Sally Garcia as Personal Representative<br>of the Estate of Samuel Garcia, III<br>c/o Golson Legal, P.A.<br>1724 E 5th Avenue<br>Tampa, FL 33605-5116 | Sally Garcia, Personal Representative<br>of the Estate of Samuel Garcia<br>C/O W Gregory Golson, Esq.<br>1724 E 5th Ave<br>Tampa, FL 33605-5116 | Seterus, Inc.<br>Ronald R Wolfe & Associates, P.L.<br>P.O. Box 25018<br>Tampa, Florida 33622-5018 |
| SunTrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | SunTrust Mortgage<br>PO Box 26149<br>Richmond, VA 23260-6149 | SunTrust Mortgage<br>PO Box 27767<br>Richmond, VA 23261-7767 |
| SunTrust Mortgage<br>PO Box 305053<br>Nashville, TN 37230-5053 | Suntrust Bank, NA<br>C/O Nicole Mariani Noel<br>PO Box 800<br>Tampa, FL 33601-0800 | Suntrust Mortgage INC.<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 |
| Suntrust Mortgage, Inc<br>C/O Frank J Gomez, Esq.<br>4855 Technology Way, Ste 500<br>Boca Raton, FL 33431-3352 | Suntrust Mortgage, Inc<br>C/O Rubina K Shaldjian, Esq.<br>PO Box 25018<br>Tampa, FL 33622-5018 | Suntrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br>P.O. Box 27767<br>Richmond, VA 23261-7767 |
| Suntrust Mortgage, Inc.<br>c/o Frank J. Gomez, Esquire<br>Florida Foreclosure Attorneys, PLLC<br>4855 Technology Way, Suite 500<br>Boca Raton, FL 33431-3352 | TD Bank<br>32 Chestnut St.<br>Lewiston, ME 04240-7799 | TD Bank N.A.<br>Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 |
| Tampa Bay Radiology Assoc<br>PO Box 20367<br>Tampa, FL  33622-0367 | Tampa Bay Surgical Group<br>PO Box 22289<br>St. Petersburg, FL 33742-2289 | Tampa General Hospital<br>c/o Preferred CMS<br>PO Box 2964<br>Tampa, FL 33601-2964 |

| | | |
|---|---|---|
| Target<br>PO Box 673<br>Minneapolis, MN 55440-0673 | Toyota Motor Credit Company<br>19001 S. Western Ave.<br>Torrance, CA 90501-1196 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Trustee Services of Carolina<br>c/o Brock & Scott, PLLC<br>5431 Oleander Dr.<br>Wilmington, NC 28403-5847 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78230-1649 | USAA/Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Christine L Herendeen +<br>Herendeen Law, LLC.<br>PO Box 152348<br>Tampa, FL 33684-2348 | Buddy D. Ford +<br>115 N. MacDill Avenue<br>Tampa, FL 33609-1521 | W Gregory Golson +<br>Golson Legal, P.A.<br>17425 Bridge Hill Court, Suite 202<br>Tampa, FL 33647-3657 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Denise E Barnett +<br>United States Trustee<br>501 East Polk Street<br>Suite 1200<br>Tampa, FL 33602-3945 | Mariam Zaki +<br>Elizabeth R. Wellborn, P.A.<br>350 Jim Moran Blvd, Suite 100<br>Deerfield Beach, FL 33442-1721 |
| Reka Beane +<br>Ronald R. Wolfe & Associates, P.L.<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Kevin Alan Comer +<br>The Law Offices of Daniel C. Consuegra,<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 | Nicole Mariani Noel +<br>Kass, Shuler, Solomon, Spector, etal<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Christine L Herendeen +<br>PO Box 152348<br>Tampa, FL 33684-2348 | Frank Jose Gomez +<br>Florida Foreclosure Attorneys, PLLC<br>4855 Technology Way, Suite 500<br>Boca Raton, FL 33431-3352 | Dessa Willson +<br>Daniel C. Consuegra, P.L.<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Shaina Druker +<br>Ronald R. Wolfe & Associates<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association       (u)Sally Garcia, Personal Representative of t       (u)Seterus, Inc.

(u)Suntrust Mortgage, Inc.       (d)Traci K. Stevenson +
P O Box 86690
Madeira Beach, FL 33738-6690       (u)Suntrust Morgage, Inc. +

End of Label Matrix
Mailable recipients    78
Bypassed recipients     6
Total                  84