## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:                                                    Chapter 11

LESLIE P. HOLDSWORTH,                                     Case No.: 8:13-bk-00745-MGW

___Debtor(s)._____/

### ORDER GRANTING MOTION TO "CRAM-DOWN"

**THIS CASE** came on for hearing January 14, 2015, on the Debtor's Motion to "Cram-Down" (**Docket #201**) (the "Motion") and Seterus, Inc. as the Authorized Subservicer for Federal National Mortgage Association's Claimant's Objection to Motion for "Cram-Down" (**Docket #204**). The Court having heard argument of counsel, considered the record, and being further advised in the premises, finds it appropriate to grant the Motion.

Accordingly, it is

**ORDERED** that the Motion is hereby Granted.

**DONE and ORDERED** in chambers at Tampa, Florida, on February 26, 2015_____.

_____
**Michael G. Williamson**
United States Bankruptcy Judge

Attorney for Debtor, Buddy D. Ford, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.